IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KATHLEEN GARAVAGLIA,** | : |
| **Plaintiff** | : **Civ. No. 1:14-cv-2464** |
| v. | : |
| **CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,** | : **Judge Rambo** |
| **Defendant** | : **Magistrate Judge Cohn** |

# **O R D E R**

**AND NOW**, this 14th day of December, 2015, **IT IS HEREBY**

**ORDERED AS FOLLOWS**:

1) The report and recommendation (Doc. 17) of the magistrate judge is **ADOPTED**;

2) Plaintiff's appeal is **DENIED**;

3) The clerk of court is directed to close this case.

                                             s/Sylvia H. Rambo
                                             United States District Judge

Dated: December 14, 2015